UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHIE ACCIME,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-11518-DJC |
| ) | |
| **BOSTON MEDICAL CENTER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**CASPER, J.**                                                                                                         January 4, 2021

On August 12, 2020, Richie Accime ("Accime") filed his self-prepared complaint accompanied by an application to proceed *in forma pauperis* ("Application"). D. 1, 2. On August 14, 2020, the Court denied the Application without prejudice and ordered Accime to either pay the filing fee or file a renewed Application. D. 4. The order stated that failure of Accime to comply may result in the dismissal of this action. Id.

To date, Accime has not responded to the court's Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the court's Orders. Fed. R. Civ. P. 41(b).

Accordingly, for the failure to comply with the August 14, 2020 Order, D. 4, this action is hereby DISMISSED WITHOUT PREJUDICE.

**So Ordered.**

                                                                                 /s/ Denise J. Casper
                                                                                 Denise J. Casper
                                                                                 United States District Judge